

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00262-CV

**IN THE INTEREST OF I.G.R.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-EM5-03919
Honorable Cathleen M. Stryker, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against appellant.

It is so **ORDERED** on August 13, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_____
Keith E. Hottle, Clerk